DocuSign Envelope ID: 7115DC91-4871-4C6E-9DC5-25C59FFF49DE

FRE 408 – LL 01.03.18 DRAFT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 2 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
THOMAS J. OLSEN, Individually and on Behalf of
All Other Persons Similarly Situated,

            Plaintiff,

v.

PARIS BAGUETTE – BON DOUX INC. AND
PARIS BAGUETTE AMERICA INC.,

           Defendants.
------------------------------------x

No.: 1:18-cv-00581 (NG)(ST)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(2), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear his or its own fees and costs.

Dated: April 26 2018
       New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: April 10 2018
       New York, New York

_____
Peter T. Shapiro
LEWIS BRISBOIS BISGAARD &
SMITH LLP
77 Water Street, Suite 2100
New York, New York
peter.shapiro@lewisbrisbois.com
Tel: 212.232.1300
*Attorneys for Defendants*

SO ORDERED:

Dated: Brooklyn, New York
      May 2, 2018

/s/ Nina Gershon
_____
The Honorable Nina Gershon, U.S.D.J.

4814-5550-5761.1